UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

TIMOTHY LOOMIS,

                  Plaintiff,                    Case No. 1:23-cv-367

v.                                      Honorable Paul L. Maloney

UNKNOWN PART(Y)(IES),

                  Defendants.
_____/

**JUDGMENT**

    In accordance with the order issued this date:

    **IT IS ORDERED** that Plaintiff's action is voluntarily **DISMISSED WITHOUT PREJUDICE**.

Dated:   May 12, 2023                   /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge